# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

WARREN JACKSON                                              PLAINTIFF

v.                         No. 4:20-cv-164-DPM

DOE                                                         DEFENDANT

## ORDER

1. Jackson's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee.

2. The Court must screen his complaint. 28 U.S.C. § 1915(e)(2). Jackson says that various folks, including the police, violated his constitutional rights. His complaint is not clear on who did what. Therefore, Jackson must file an amended complaint by 3 April 2020 that clarifies who the defendants are and how each of them violated his rights. If he doesn't file by the deadline, his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2020