# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

WARREN JACKSON                                                 PLAINTIFF

v.                      No. 4:20-cv-164-DPM

DOE                                                  DEFENDANT

### ORDER

Jackon's mail is being returned undelivered. *Doc. 6.* He must update his address with the Clerk by 13 May 2020. The Court extends his deadline: his amended complaint is due by the same date. If he doesn't take these steps by the new deadline, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2020