IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WARREN JACKSON                                                        PLAINTIFF

v.                                  No. 4:20-cv-164-DPM

DOE                                                                    DEFENDANT

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2020